# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER M. HENDERSON,<br><br>　　　Plaintiff,<br>vs.<br>E&K TRUCKING, INC., *et al.*<br><br>　　　Defendants. | Case No. 8:10-CV-00098<br><br>ORDER OF DISMISSAL |

　　　On April 12, 2012 the parties filed a Joint Stipulation and Motion for Order of Dismissal and that matter now comes before the court.  After careful consideration, and upon the stipulations of the parties, the Court does hereby ORDER this matter is dismissed with prejudice, and that each party shall bear their own attorneys' fees and costs incurred in relation to this matter.

　　　Dated this 16th day of April, 2012,

　　　　　　　　　　BY THE COURT:


　　　　　　　　　　*s/ Joseph F. Bataillon*
　　　　　　　　　　U.S. DISTRICT COURT JUDGE